**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 3300**
**Orange CA, 92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

**UNITED STATES BANKRUPTCY COURT CENTRAL**
**DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| IN RE:<br>  **MICHAEL JASON POYSER**<br>  **GEORGIA ANNE POYSER**<br><br>                    Debtor(s). | Chapter 13<br>Case No.:  8:10-bk-13417-RK<br><br>**Notice of continuance of 341(a) meeting**<br><br>Date: June 01, 2010<br>Time:  3:00 pm |

NOTICE IS HEREBY GIVEN TO THE DEBTOR AND ALL PARTIES IN INTEREST, that the meeting of

creditors (341(a) meeting) in this case has been continued to the date and time listed above **at the chapter 13**

**341(a) meeting room located at 411 West Forth Street, Room 1-154, Santa Ana, CA 92701.**

Objections, if any, to confirmation of this plan must be served on the debtor, Amrane Cohen, Chapter 13

Trustee and filed with the court **eight days** prior to the 341(a) meeting.

                    /S/AMRANE COHEN
                    AMRANE COHEN, CHAPTER 13 TRUSTEE

Dated: May 17, 2010

| In re: | | **CHAPTER 13** |
|---|---|---|
| Michael Jason Poyser<br>8 Santa Cataline<br>Rancho Santa Margari, CA 92688 | Debtor(s). | **Case No.:** 8:10-bk-13417-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My busines address is:

770 THE CITY DR. SOUTH, #3300
ORANGE, CA 92868

A true and correct copy of the foregoing document described as <u>NOTICE OF CONTINUANCE OF 341 (a) MEETING</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/17/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

GREGORY J DOAN                    ecf@doanlaw.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/17/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Please see attached list

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that persoanl delivery on the judge will be completed no later than 24 hours after the document is filed.

Delivered to the intake box for _____ on the 5th Floor of the Bankruptcy Court

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 17, 2010 | REYNA PATRICK | /s/ REYNA PATRICK |
|---|---|---|
| Date | Type Name | REYNA PATRICK |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

SA-10-13417-RK
United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

SA-10-13417-RK
AMRANE COHEN
770 THE CITY DR SO STE #3300
ORANGE, CA 92868

SA-10-13417-RK
Bank of America
Attn: Bankruptcy NC4-105-02-99
Po Box 26012
Greensboro, NC 27410

SA-10-13417-RK
Georgia Anne Poyser
8 Santa Cataline
Rancho Santa Margari, CA 92688

SA-10-13417-RK
GMAC
PO BOX 78367
PHOENIX, AZ 85062

SA-10-13417-RK
GREGORY J DOAN
25401 CABOT RD
STE 119
LAGUNA HILLS, CA 92653

SA-10-13417-RK
GREGORY J DOAN
25401 CABOT RD STE 119
LAGUNA HILLS, CA 92653

SA-10-13417-RK
INTERNAL REVENUE SERVICE
PO BOX 21125
PHILADELPHIA, PA 19114

SA-10-13417-RK
Michael Jason Poyser
Georgia Anne Poyser
8 Santa Cataline
Rancho Santa Margari, CA 92688

SA-10-13417-RK
NISSAN MOTOR ACCEPTANCE CORP.
PO BOX 660366
DALLAS, TX 75266

SA-10-13417-RK
TOYOTA MOTOR CREDIT CO
2600 MICHELSON DR STE 50
IRVINE, CA 92612

SA-10-13417-RK
WELLS FARGO
ONE HOME CAMPUS
BK DEPT/MAC #X2302-04C
DES MOINES, IA 50328

SA-10-13417-RK
WELLS FARGO
PO BOX 54349
LOS ANGELES, CA 90054-0349

SA-10-13417-RK
WELLS FARGO OPERATIONS CENTER
PO BOX 31557
MAC B6955-01B
BILLINGS, MT 59107